JUDGE_____**SIM LAKE**_____  RPTR/TAPE _G Dye_
CASE MANAGER __HEATHER CARR__
LAW CLERK_____  INTERPRETER_____

TIME ____/____ A.M.  _3:35_/_3:40_ P.M.  DATE _7/9/10_
    begin  end    begin  end

CR. NO. _H-92-177-4_

UNITED STATES OF AMERICA    § _Rick Hanes_ _____ AUS
    vs.    §
      §

| Deft. No. | Deft. Name | | |
|---|---|---|---|
| 4 | Jacqueline Lebaron | § | David Adler |

add'l defts. on reverse side

## HEARING

____ Motion hearing held.
_X_ Hearing held on _Defendant's letter (#638)_
____ **Evidence presented** (exhibits admitted or testimony given) on: ____

____ All motions not expressly decided are denied without prejudice to being reurged.
____ Jury trial set _____ at _____.
____ Deft____ bond set/reduced to $ _____ ____Cash ____Surety ____10% ____PR.
____ Deft____ failed to appear, bench warrant to issue.
____ Deft____ bond ____continued ____forfeited.
_X_ Deft _X_ remanded to custody.
OTHER RULINGS_____