PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

## Southern District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Jacqueline LeBaron</u>     Case Number: <u>4:92-CR-00177-004</u>

Name of Sentencing Judicial Officer: <u>Honorable Sim Lake, United States District Judge, Southern District of Texas, Houston Division</u>

Date of Original Sentence: <u>September 8, 2011</u>

Original Offense: <u>Conspiracy to obstruct the free exercise of religious beliefs, in violation of 18 U.S.C. § 371</u>

Original Sentence: <u>Thirty-six (36) months custody in the United States Bureau of Prisons, followed by three (3) years of supervised release. Special conditions imposed included participation in mental health treatment and pay restitution in the amount of $134,000, jointly and severally with co-defendants.</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>12/14/2012</u>

### PREVIOUS COURT ACTION

None.

### NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** The defendant must pay restitution in the amount of $134,000, jointly and severally with co-defendants, in monthly installments of $100, to commence 60 days after release from imprisonment to a term of supervision.

**Nature of Noncompliance:** The defendant was released from imprisonment and commenced her term of supervised release on December 14, 2012. As of June 9, 2014, the defendant has not made any payments towards the restitution imposed by the Court. As of this writing, the balance due is $134,000.

LeBaron, Jacqueline
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** The Court is respectfully advised the defendant has severe mental health issues. Throughout supervision, she has displayed manic behaviors and her psychotropic medication needs require daily attention. The defendant has applied for social security disability but has been denied. She is currently working with an attorney to petition the board for an appeal hearing. The defendant has no means of financial support other than family and at this time, is unable to make any payments towards the restitution balance. Given the circumstances reported, it is respectfully recommended that no action be taken. Her ability to pay will be reassessed following the disposition of her pending appeal.

Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should the defendant incur any further violations, the Court will be immediately notified.

Approved by,

James R. Golden Jr.
Supervising U.S. Probation Officer
Date: June 9, 2014

Respectfully Submitted,

Martha N. Davis
U.S. Probation Officer
Date: June 9, 2014

### THE COURT ORDERS:

[✓] No Action

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Sim Lake
U.S. District Judge
Date: 7/2/14